| | | |
|---|---|---|
| CARMELETTA JOSEPH, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILD, CC | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2023-1983 B | : | PARISH OF CALCASIEU |
| CHARTER SCHOOLS USA AT LAKE CHARLES, LLC. | : | STATE OF LOUISIANA |
| FILED: MAY 24 2023 | : | _____<br>DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **CARMELETTA JOSEPH** (hereinafter referred to as "Petitioner"), an individual of the full age of majority, residing in Calcasieu Parish, Louisiana, individually, and on behalf of her minor child, C. C. (hereinafter referred to as "C."), respectfully avers the following:

1.

Made Defendant herein is **CHARTER SCHOOLS USA AT LAKE CHARLES, LLC**, a foreign entity authorized to do and doing business in the State of Louisiana, which shall be served through its registered agent for service of process at CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

2.

Defendant is liable to Petitioner in a total sum, which is found reasonable under the circumstances of this case for personal injuries and damages, both general and special, together with legal interest from the date of judicial demand until paid and for all costs of these proceedings as a result of the inappropriate sexual acts involving her that occurred at Lake Charles Charter Academy (hereinafter referred to as "LCCA").

3.

On or about May 25, 2022, C., was a student at LCCA, a charter school owned and/or operated by Defendant, when she was inappropriately sexually exploited by another student. The inappropriate sexual acts took place during school hours inside a restroom located inside a classroom on LCCA's campus. Other students were present in the classroom at the time of the incident.



4.

Defendant, through its agents and employees, owed a duty of reasonable and competent supervision of C▮▮▮▮. However, Defendant breached that duty and none of its agents and/or employees were present in the classroom or bathroom during the incident.

5.

The inappropriate sexual acts along with resulting injuries to the minor child, and subsequent damages sustained by the minor child, were caused by the fault, negligence, and/or liability of Defendant in the following, but non-exclusive, ways:

a. Failing to properly train its teachers and employees;

b. Failure to reasonably supervise the students left in their care;

c. Failure to competently supervise the students left in their care;

d. Failure to provide a safe educational environment for the minor child; and

e. Any and all other acts of fault or negligence known only to Defendant, which may be discovered prior to the trial of this case.

6.

As a result of the above-described incident and Defendant's negligence, the following injuries were inflicted upon the minor child, C▮▮▮▮ C▮▮▮▮:

a. pain and suffering;

b. mental anguish;

c. intentional or negligent infliction of emotional distress;

d. loss of enjoyment of life.

7.

As a result of the inappropriate sexual acts and behavior, the minor child has suffered and will continue to suffer humiliation for which she is entitled to recover damages in a reasonable amount.

8.

At all relevant times, all agents and employees of Defendant acted in the course and scope of their employment. Therefore, Defendant is vicariously liable under the theory of *respondeat superior*.

9.

Petitioner, as the mother of C████, has suffered a loss of consortium, affection, and society of her minor child due to Defendant's negligence in this matter. Petitioner is entitled to recover for these losses.

10.

Petitioner avers that the minor child's damages exceed the jurisdictional amount necessary for trial by jury.

**WHEREFORE**, Petitioner, Carmeletta Joseph on behalf of her minor child, C████ C████, prays that Defendant is duly served with a copy of the foregoing Petition and cited to appear and answer the same. Petitioner also prays that after the lapse of all legal delays and due proceedings are had, there be judgment herein in favor of Petitioner and against Defendant(s) for such damages as are reasonable in the premises and in accordance with the law including general, special, punitive damages, and/or attorney fees, along with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings. Petitioner further prays for any and all other relief that may be appropriate under the law, nature of the case, and equity.

RESPECTFULLY SUBMITTED,

_____
**MICAH O. CLEMONS, #40127**
**TODD S. CLEMONS #18168**
Todd Clemons & Associates, APLC
1740 Ryan Street
Lake Charles, LA 70601
(337) 477-0000 (Phone)
(337) 477-4580 (Fax)
Micah@toddclemons.com
Todd@toddclemons.com

*Attorneys for Petitioner*

**PLEASE SERVE:**

Defendants set forth in Paragraph 1
of this Petition

3